AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAUL STANFORD

_____
*Plaintiff*

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:15-CV-3110-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Motion for Summary Judgment (ECF No. 20) is granted.
Plaintiff's Motion for Summary Judgment (ECF No. 18) is denied.
Judgment is entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Mary K. Dimke _____ on a motion for
summary judgment.

Date:  August 29, 2016 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Karen White
_____
*(By) Deputy Clerk*

Karen White
_____